UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    RAYMOND WAHLER AND LINDA
    WAHLER AKA LINDA DONOVAN     CASE NO. 09-35267-DOF
                                                                   CHAPTER 7
    Debtors.                                    HON. DANIEL S. OPPERMAN
_____/

GUY T. CONTI
Attorney for Debtors
302 N. Huron Street
Ypsilanti, MI 48197
(734) 272-4771

CRAIG S. SCHOENHERR, SR. (P32245)
KURT A. STEINKE (P44538)
Attorneys for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**MOTION OF LITTON LOAN SERVICING, LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-C FOR RELIEF FROM THE AUTOMATIC STAY**

Litton Loan Servicing, LP as Servicer for HSBC Bank USA, National Association as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C (the Creditor), pursuant to 11 U.S.C. § 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.), moves for relief from the Automatic Stay to permit foreclosure of its interest in the Debtor's real estate located at 6485 Shannon Glen Dr #25, Fenton, Michigan 48430 and described on the attached exhibits.

    1.      This Court has jurisdiction over the proceeding pursuant to 28 U.S.C. § 1334 and § 157.

2. Debtors filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on September 30, 2009.

3. The Creditor holds the mortgage on the above real estate (Exhibit 6).

4. The Creditor is the first mortgagor on the property.

5. There is an outstanding balance owing to the Creditor under the terms of the Mortgage and Note dated July 11, 2006 of $423.996.20. The value of the property is approximately $295,000.00.

6. The account is past due for the June 1, 2007 payment for a total past due of $83,393.56.

7. The Creditor has been unable to verify homeowner's insurance on the property.

8. This motion was served on all parties known or discoverable upon reasonable investigation to claim an interest in the property in question as set forth above including Raymond Wahler and Linda Wahler aka Linda Donovan, Debtors, and Michael A. Mason, Trustee.

9. To the best of Creditor's information and belief, no other parties claim an interest in the property in question pursuant to L.B.R. 4001-1 (E.D.M.).

10. The Order for Relief from Automatic Stay is attached as Exhibit 1.

11. Concurrence of opposing counsel in the relief sought was requested on October 21, 2009 and no response was received.

In conclusion, the Creditor respectfully requests the entry of an Order (Exhibit 1) pursuant to 11 U.S.C. § 362(d), granting relief from the Automatic Stay and allowing the Creditor to take all other action necessary to protect its interest in the real estate.

O'REILLY RANCILIO P.C.

*/s/ Kurt A. Steinke*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
KURT A. STEINKE (P44538)
Attorneys for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: November 5, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    RAYMOND WAHLER AND LINDA
    WAHLER AKA LINDA DONOVAN     CASE NO. 09-35267-DOF
                                                    CHAPTER 7
        Debtors.                         HON. DANIEL S. OPPERMAN
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO LITTON LOAN SERVICING, LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-C**

    Litton Loan Servicing, LP as Servicer for HSBC Bank USA, National Association as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C (the Creditor), a creditor with an interest in the property located at 6485 Shannon Glen Dr #25, Fenton, Michigan 48430, filed its Motion for Relief from the Automatic Stay; the Debtors have no equity in the real estate as the amount of Debtors' outstanding indebtedness, $423.996.20, plus interest, costs and attorney fees, is approximately equal to the estimated value of the real estate; no parties filed an objection to the motion pursuant to the Notice of Motion; and the Certificate of No Response has been filed in this motion.

    IT IS ORDERED that:

    1)    The Automatic Stay of 11 U.S.C. §362(a) is terminated as to the interest of the Creditor in said real estate.

    2)    All communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

    3)    The Creditor is free to pursue its state law remedies with respect to its interest in the subject property.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

RAYMOND WAHLER AND LINDA
WAHLER AKA LINDA DONOVAN

CASE NO. 09-35267-DOF
CHAPTER 7

Debtors.

HON. DANIEL S. OPPERMAN

_____/

**NOTICE OF MOTION OF LITTON LOAN SERVICING, LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-C FOR RELIEF FROM THE AUTOMATIC STAY**

Litton Loan Servicing, LP as Servicer for HSBC Bank USA, National Association as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C has filed papers with the court to terminate the Automatic Stay.

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to terminate the Automatic Stay, or if you want the court to consider your views on the above motion, within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at:

Clerk of the Court
United States Bankruptcy Court
226 W. Second Street
Flint, MI  48502

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
You must also mail a copy to:

| | |
|---|---|
| CRAIG S. SCHOENHERR, SR. (P32245) | |
| KURT A. STEINKE (P44538) | MICHAEL A. MASON |
| Attorneys for Creditor | Trustee |
| O'REILLY RANCILIO P.C. | 516 West Court St |
| 12900 Hall Road, Suite 350 | Flint, MI  48503 |
| Sterling Heights, MI  48313-1151 | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: November 5, 2009              O'REILLY RANCILIO P.C.

*/s/ Kurt A. Steinke*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
KURT A. STEINKE (P44538)
Attorneys for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

1

IN RE:

    RAYMOND WAHLER AND LINDA
    WAHLER AKA LINDA DONOVAN     CASE NO. 09-35267-DOF
                                                                                CHAPTER 7
          Debtors.                                  HON. DANIEL S. OPPERMAN
_____/

GUY T. CONTI
Attorney for Debtors
302 N. Huron Street
Ypsilanti, MI 48197
(734) 272-4771

CRAIG S. SCHOENHERR, SR. (P32245)
KURT A. STEINKE (P44538)
Attorneys for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF LITTON LOAN SERVICING, LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-C FOR RELIEF FROM THEAUTOMATIC STAY**

    The Creditor, Litton Loan Servicing, LP as Servicer for HSBC Bank USA, National

Association as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 2006,

Fremont Home Loan Trust 2006-C, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. § 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.).

          O'REILLY RANCILIO P.C.

          */s/ Kurt A. Steinke*
          _____
          CRAIG S. SCHOENHERR, SR. (P32245)
          KURT A. STEINKE (P44538)
          Attorneys for Creditor
          12900 Hall Road, Suite 350
          Sterling Heights, MI 48313-1151
          (586) 726-1000
          ecf@orlaw.com

DATED: November 5, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

RAYMOND WAHLER AND LINDA
WAHLER AKA LINDA DONOVAN

CASE NO. 09-35267-DOF
CHAPTER 7
HON. DANIEL S. OPPERMAN

Debtors.
_____/

GUY T. CONTI
Attorney for Debtor
302 N. Huron Street
Ypsilanti, MI 48197
(734) 272-4771

CRAIG S. SCHOENHERR, SR. (P32245)
KURT A. STEINKE (P44538)
Attorneys for Creditor
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**PROOF OF SERVICE OF MOTION OF LITTON LOAN SERVICING, LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, FREMONT HOME LOAN TRUST 2006-C FOR RELIEF FROM THE AUTOMATIC STAY**

Kurt A. Steinke, being duly sworn, says that on the 5th day of November, 2009, a copy of the Motion of Litton Loan Servicing, LP as Servicer for HSBC Bank USA, National Association as Trustee Under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C for Relief from the Automatic Stay, Brief in Support, Notice of Motion and this Proof of Service was served upon:

Michael A. Mason
Trustee
516 West Court St
Flint, MI 48503

Guy T. Conti
Attorney at Law
302 N. Huron Street
Ypsilanti, MI 48197

Raymond Wahler and
Linda Wahler aka Linda Donovan
9401 Elaine Drive
Swartz Creek, MI 48473

Marion J. Mack, Jr.
U.S. Trustee
211 W. Fort St., Suite 700
Detroit, MI 48226

Electronically pursuant to the court notice of service, and to those not electronically registered, by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

         O'REILLY RANCILIO P.C.

         */s/ Kurt A. Steinke*

         _____
         CRAIG S. SCHOENHERR, SR. (P32245)
         KURT A. STEINKE (P44538)
         Attorneys for Creditor
         12900 Hall Road, Suite 350
         Sterling Heights, MI 48313-1151
         (586) 726-1000
         ecf@orlaw.com